UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v.                                         ) <br> ) <br> JEREMY DANIEL GROSECLOSE.,   ) <br> ) <br>         **Defendant**       ) <br> ) | Case No. 21-cr-00311-CRC |

# DEFENDANT JEREMY GROSECLOSE'S SUPPLEMENTAL SENTENCING STATEMENT

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

Defendant Jeremey Groseclose, by and through his counsel of record William L. Shipley, respectfully submits this Supplement to his Sentencing Statement providing added factual context to the "Offense Conduct" and "Relevant Conduct" as set forth in the Presentence Report, as well as the evidence presented at trial.

As a longtime resident in the area of the Appalachia Trial in Southern Virginia, early in 2020 Mr. Groseclose became actively involved in running a social media site focusing on Appalachian heritage, the flora and fauna of the region, "bush-crafting" skills developed among the population over many generations, and the homesteading lifestyle followed by many in the area.  This type of social media content is very popular and Mr. Groseclose developed a large following on Facebook as a result – particularly after the start of the COVID-19 pandemic.

Various suppliers of different kinds of "outfitting" and outdoor survival gear contacted Mr. Groseclose about sponsorship opportunities.  He also received inquiries from casting agencies for the outdoor "survival" television shows "Naked and Afraid" and "Alone" – two popular "reality-TV" programs that have run for many seasons on their respective networks (Discovery and History Channel) -- based on his demonstrated ability to live in a natural environment with little or no basic necessities of life.  Mr. Groseclose went through a casting process for the "Alone" program for the season most recently broadcast but was not chosen.  The casting agencies advised him that he would remain under consideration for future seasons when time for casting them arrived.  He was asked to sign and NDA for the "Naked Afraid" program and told to obtain a

passport in preparation for potentially being cast in a future season once production resumed after COVID.  But he preferred the "Alone" program and thought his chances would be improved if he focused on just one production, not both, so he did not follow through with the casting process for "Naked and Afraid."

The casting agencies advised him to remain active on social media during the pandemic and continue to attract as large a following as possible, as that was one factor considered by producers of the programs.  So Mr. Groseclose continued posting content, including videos, of his Applachian homesteading lifestyle, which he could do even with pandemic limitations.

During the 2020 Presidential campaign, Mr. Groseclose began to include political commentary in his social media as part of his effort to reach a wider audience.  Initially he tried to avoid politics as a subject and had discouraged others posting comments on his page from discussing politics since such discussions could rapidly spin out of control and take away from the focus of his Facebook page which was Appalachia and the lifestyle of his family.

The decision to come to Washington DC on January 5-6 was jointly made with his common law spouse Lauren.  She was originally from the Northern Virginia area so that was her home.  Mr. Groseclose learned of the rally at the Ellipse and the planned speech there by former President Trump from social media.  They decided to make the trip for the rally, to visit her family, and to do some shopping for their youngest child who was still an infant.  They had been discussing making the trip for sometime and the rally at the Ellipse was deciding factor as to when they would make the trip.

They arrived in Alexandria on January 5 late in the afternoon and checked into their hotel.  He knew others who had come for the rally were staying at this same hotel from communications he had with them on this Facebook page.  On the morning of January 6 Mr. Groseclose joined two older gentlemen for breakfast at the hotel, and later he rode with them on the Metro into DC for the rally.  Lauren took their vehicle and drove the Springfield VA to shop as planned.

The group who rode together on the Metro from the hotel included Mr. Groseclose and several elderly men and women who had traveled together to DC, including the two men he had breakfast with.

At the Rally most of the elderly women found a place where they could sit together while Mr. Groseclose and the two men he was with made an effort to find a location closer to the speakers so they could see and hear the speeches better.   As the event ended Mr. Groseclose and the two gentlemen started walking towards the Capitol with the crowd.

Along the way he encountered a Native American individual and his wife, and they gave Mr. Groseclose group some information about things they had seen and heard in making their trip to the Capitol.

When they arrived they became part of a much larger crowd than had been the case when they started walking.  The "energy" level of the crowd at the Capitol as whole seemed to be building.   There were conversations among the crowd where some were saying that the Capitol had been opened and people could go inside.  Mr. Groseclose left the others and attempted to walk through the crowd to get closer to the building in order to capture some events on video.

Mr. Groseclose recognized online media personality Alex Jones as he was telling the crowd "everyone go to the front of the Capitol." Mr. Groseclose then walked back to a tree where he had left the Native American gentleman and the two older gentlemen he had traveled with. The four of them began speculating about what was going on and the rumors that were being spread amongst the crowd.

Mr. Groseclose then walked to the area of the Northwest stairs, trying to get as close as possible to capture the events on video. As he got closer he saw people using bike racks as make-shift ladders to bypass the crowd on the steps. At that location he did not see any law enforcement officers.

Just moments thereafter the crowd on the steps began to move up to the next level and Mr. Groseclose followed in the crowd as it moved. Shortly thereafter he reached a location where the crowd was pushing/funneling to a door being used to enter the building. At the time, and even more clearly in retrospect, Mr. Groseclose knew that it didn't look right the way the crowd was going inside. But he hadn't seen what had happened that allowed the crowd to enter at this location. It wasn't until he reached the front that he could see that a window had been broken out and people were entering the building through that window. Mr. Groseclose followed the crowd and went inside. He spent approximately 45 minutes inside the Capitol, taking a significant amount of video as he went, with the intent to post that video on his Facebook page. He did not enter for the purpose of causing damage or engaging in violence.

At no time prior to or after the "door/chair incident" did Mr. Groseclose have any engagement with any law enforcement officer. Mr. Groseclose was in close

proximity to others inside the Capitol who did engage in such conduct and Mr. Groseclose did not join in.  The most he did was to capture events on video, which was his only reason for going inside with the crowd.  He had not witnessed any acts of violence directed at the police while he as outside – he knows now that such violence took place based on video he has seen.  But at the time he did not witness such, and the law enforcement officers he encountered at the security door separating the Crypt from the Visitors Center were the first time he had seen law enforcement that day.

Mr. Groseclose exited the Capitol building on the East side and remained in that location for a period of time.  Eventually he returned to the West side and located the older gentlemen he was with earlier.  They discussed what he had witnessed inside the Capitol, and he showed them some of the video as well.  He gave his Facebook information to several people in the crowd around him, telling them he would be posting the video on his page.

The two gentlemen wanted him to go back with them to the East front steps to see what was taking place.  When they arrived, everything had calmed down significantly.  As they walked past a law enforcement "Bearcat" vehicle, there as a line of several people taking turns getting up on top and having their picture taken.  The older gentlemen weren't able to do so but they asked Mr. Groseclose to climb up so they could take his picture, and he did.

Mr. Groseclose then walked with them to the Metro and the three of them went back to their hotel.  Mr. Groseclose and Lauren stayed one more night and then drove him the next morning.

 Dated: September 30, 2024                             Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*